```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                :
TODD L. JOHNSON, *a/k/a Lyfelin*,    :
                :
                Plaintiff,  :     1:23-cv-10883-GHW
                :
      -against-    :     ORDER
                :
WELLS FARGO BANK, N.A.,    :
                Defendant.  :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on December 15, 2023.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than January 22, 2024.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: January 6, 2024
       New York, New York

                                                  GREGORY H. WOODS
                                                  United States District Judge