USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
TODD L. JOHNSON, *also known as* Lyfelin,  :
:
         Plaintiff,  :    1:23-cv-10883-GHW-JLC
:
    -v-  :    <u>ORDER</u>
:
WELLS FARGO BANK, N.A.,  :
:
         Defendant.  :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

  On July 16, 2024, the Court issued an order adopting Magistrate Judge James L. Cott's report and recommendation and granting Defendant's motion to dismiss Plaintiff's complaint. Dkt. No. 23. In the July 16, 2024 order, the Court dismissed Plaintiff's Fourteenth Amendment and Electronic Fund Transfer Act claims with prejudice, dismissed Plaintiff's New York Banking Law § 9-G claim ("Section 9-G Claim") without prejudice, and granted Plaintiff leave to amend to replead his Section 9-G Claim by August 2, 2024. *Id.* at 3. As of the date of this order, Plaintiff has not filed an amended complaint. Accordingly, Plaintiff's claims are dismissed with prejudice.

  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

  The Clerk of Court is directed to enter judgment for Defendants, close this case, and mail a copy of this order to Plaintiff.

  SO ORDERED.

Dated: August 9, 2024
   New York, New York

                   _____
                     GREGORY H. WOODS
                    United States District Judge