**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TODD L. JOHNSON, also known as Lyfelin,

                Plaintiff,                      23 **CIVIL** 10883 (GHW) (GLC)

       -against-                             **JUDGMENT**

WELLS FARGO BANK, N.A,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 9, 2024, Plaintiff's claims are dismissed with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York
          August 9, 2024

                                                          **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                                             B
                                                           **Deputy Clerk**